Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas, Houston Division

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Sports Pro Development, LLC

**2. All other names debtor used in the last 8 years**  SPD

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  4 6 – 1 3 6 8 9 4 3

**4. Debtor's address**

**Principal place of business**

6700 Woodlands Pkwy # 230-234
Number    Street

Juan Carlos Padilla

The Woodlands, TX 77382-2575
City                State    ZIP Code

Montgomery
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                State    ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **1**

Debtor    Sports Pro Development, LLC                                         Case number *(if known)* _____
               Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>    4   2   3   9 |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>❑ Chapter 9<br>❑ Chapter 11. *Check **all** that apply:*<br>  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ❑ A plan is being filed with this petition.<br>  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____  When _____  Case number _____<br>                                          MM / DD / YYYY<br>          District _____  When _____  Case number _____<br>                                          MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____  Relationship _____<br>          District _____  When _____<br>                                                  MM / DD / YYYY<br>          Case number, if known _____ |

Debtor   Sports Pro Development, LLC                                         Case number *(if known)*
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>         Number   Street<br>_____<br>City                                State          ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                  ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☑ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor   Sports Pro Development, LLC                                        Case number (if known) _____
             Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/08/2020
              MM/ DD/ YYYY

X   /s/ Juan Carlos Padilla                                   Juan Carlos Padilla
Signature of authorized representative of debtor              Printed name

Title   Manager

**18. Signature of attorney**

X   /s/ Michael Lebold                                        Date   05/08/2020
Signature of attorney for debtor                                     MM/ DD/ YYYY

Michael Lebold
Printed name

Racusin & Associates
Firm name

4900 Woodway Dr Ste 510
Number      Street

Houston                                    TX          77056-1846
City                                       State       ZIP Code

(713) 626-1450                             mfl@racusinlaw.com
Contact phone                              Email address

24055830                                   TX
Bar number                                 State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Sports Pro Development, LLC**  CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     05/08/2020          Signature                          /s/ Sports Pro Development, LLC
                                                        Juan Carlos Padilla, Manager

Alejandro Galvez Hernandez
Rio de la Plata #116
Colonia del Valle, San Pedro
Nuevo Leon Mexico, 66220

Abiel Alfaro
770 S Post Oak Ln Ste 600
Houston, TX 77056-1965

Jack Antonoff
600 Wilcrest Dr Apt 15
Houston, TX 77042-1041

Reynaldo Arizmendi
9910 Monroe Dr
Dallas, TX 75220-1402

Atlas, Hall & Rodriguez, LLP
Attn: Daniel G. Gurwitz
PO Drawer 3725
Mcallen, TX 78502

Ernesto Barrios
2203 Timberloach Pl Ste. 218A
Spring, TX 77380

James Bassetti, Jr
Po Box 1548
Edinburg, TX 78540-1548

BlancAlps, LLC
433 North Loop W
Houston, TX 77008-2029

Eduardo Camarena
61 Carlton Woods Dr
The Woodlands, TX 77382-2677

Cambria Hotels, LLC
532 E. State Highway 1
Nixa, MO 65714

Walter Salomon Chavarria
13705a State Highway 249
Houston, TX 77086-2705

Cortez Law Firm, PLLC
Attn: Carlos Cortez and Megna Wadhwani
12801 N Central Expy Ste 360
Dallas, TX 75243-1879

David Corvera
13705a State Highway 249
Houston, TX 77086-2705

Ivan Coto
12622 Mardi Gras Dr
Houston, TX 77014-2487

Crawford, Wishnew & Lang, PLLC
Attn: Mark "TJ" Jones
1700 Pacific Ave. Ste. 2390
Dallas, TX 75201

Guadalupe Paulina Diaz Ordaz
282 Ed English Dr Bldg 6 Unit D
Shenandoah, TX 77385-8022

Steve Dipchan
14302 Cranbrook Creek Ln
Houston, TX 77044-6069

Rene Etcharren
2602 Randal Lake Ln
Spring, TX 77388-2744

Fox Assets Ventures LTD
282 Ed English Dr Bldg 6 Unit D
Shenandoah, TX 77385-8022

Fox Capital Group, LLC
17610 Bentley Dr
Morgan Hill, CA 95037

Francisco Ramirez and
Associates, PC
Attn: Francisco Ramirez
Three Riverway Ste 555
Houston, TX 77056

Ganas Holdings LLC
1111 W Mockingbird Ln Ste 1500
Dallas, TX 75247-5070

Eduardo Garcia
3811 Village Well Dr
Humble, TX 77396-4081

Ricardo & Rebecca Garza
715 Skyline Dr
Duncanville, TX 75116-3923

GB Squared, LLC
615 Blaze Blvd
Edinburg, TX 78539-7062

Danny Gillean
2171 Fm 740 S
Forney, TX 75126-5330

Green Capital Funding, LLC
116 Nassau St Rm 804
New York, NY 10038-2481

Grupo Integral Jetland SA de CV
Lago Alberto 320 Local A-03
Colonia Anahuac, Miguel Hidalgo
Ciudad de Mexico, Mexico 11320

Martha Guzman
1803 Adriana Ln
Houston, TX 77049-1668

Jose Amado Armado Harfurch Karam
234 Ne 3rd St Apt 1607
Miami, FL 33132-2272

Hole & Alvarez, LLP
Attn: Ronald G. Hole
PO Box 720547
Mcallen, TX 78504

Kalamata Capital Group
80 Broad St Ste 1210
New York, NY 10004-2800

Ruben & Angela Lara
1412 Stonehollow Dr Ste B
Kingwood, TX 77339-2493


Alberto Laureano
9800 Centre Pkwy Ste 700
Houston, TX 77036-8261


Hilda N Linares
13705 A SH 249
77086


William Luck
1412 Stonehollow Dr Ste B
Kingwood, TX 77339-2493


Luis F. Hess, PLLC
282 Ed English Dr Bldg 6-D
Shenandoah, TX 77385-8022


Vidal Luna
15315 Vandalia Way
Houston, TX 77053-2123


Manuel Alamillo Falcon
Calzada de Tlalpan 1314
Colonia Miguel Hidalgo, Benito Juarez
Ciudad de Mexico, Mexico 14260


Guillermo Medina
7931 Airway Rd
San Diego, CA 92154

Amos Mohamed
25650 Interstate 45 N Apt 1206
Spring, TX 77386-0927


Oscar Monroy
662 Highway 95 S
Elgin, TX 78621-5622


N.L. Trucking, LLC
attn: M. Guzman, A. Guzman, or V. Guzman
15209 N Brentwood St
Channelview, TX 77530-3905

Juan Olvera
2713 County Line Rd Nw
Acworth, GA 30101-6921


Carmen Padilla
8717 Forum Way Ste E
Fort Worth, TX 76140-5029


Juan Carlos Padilla
6 Desert Rose Pl
Spring, TX 77382-5900


Karla Pamanes
6 Desert Rose Pl
Spring, TX 77382-5900


Carlos Ramirez
910 Louisiana St Ste 550
Houston, TX 77002-4916

Ruben Rendon
8866 Gulf Fwy Ste 104
Houston, TX 77017-6528

Renne Law, PLLC
Attn: Christine M. Renne
808 W Dallas St
Conroe, TX 77301-2259

Right Start Entertainment, LLC
8245 Boone Blvd Ste 600
Vienna, VA 22182-3847

Mario Rivera
10746 Norchester Village Dr
Houston, TX 77070-3920

Roman Paiz Trueba
Joaquin Romo 68
Colonia Miguel Hidalgo, Benito Juarez
Ciudad de Mexico, Mexico 14260

Jose Romero
532 Sheldon Rd
Channelview, TX 77530-3548

Ryan & Dawson
Attn: Carl "Bo" Dawson
770 S Post Oak Ln Ste 600
Houston, TX 77056-1965

Fernando Saenz
1109 W Jonquil Ave
Mcallen, TX 78501-3822

Cosme Salazar
11703 Oakshield Ln
Cypress, TX 77433-1603


Santos Laguna SA de CV
Calzada Territoria Santos Modelo #1
Colonia Conjunto de todos los santos
Torreon Coahuila Mexico 27014


Sharpe Law Firm
Attn: Matthew Rittmayer
6688 N Central Expy Ste 450
Dallas, TX 75206-3975


Sinergia Deportiva SA de CV
Estadio Universitario Puerta #13
Col. Ciudad Universitaria, San Nicolas de los Garza
Nuevo Leon, Mexico 66455

SM Monterrey Group, LLC
325 N Saint Paul St Ste 3100
Dallas, TX 75201-3923


Smart Strategic Marketing, LLC
9595 Six Pines Dr Ste 8210
The Woodlands, TX 77380-1642


Soccer Builders Pro, LLC
433 North Loop W
Houston, TX 77008-2029


Soccer Scouting International, LLC
4008 Gandara Bnd
Austin, TX 78738-7151

SPD Entertainment, LLC
433 North Loop W
Houston, TX 77008-2029


Stibbs & Co.
Attn: Adam R. Fracht
819 Crossbridge Dr.
Spring, TX 77373


Isaac Tawil
615 Blaze Blvd.
Edinburg, TX 78539


Tinker Road Services, LLC
26111 Interstate 45 Ste 319
Spring, TX 77380-1902


Tinker Road Services, LLC
8505 Technology Forest Pl Ste 901
Spring, TX 77381-1186


Toros Stadium, LLC
1616 S Raul Longoria Rd
Edinburg, TX 78542-9169


Toros Stadium, LLC
Attn: Alonzo Cantu
5221 N Mccoll Rd
Mcallen, TX 78504-2202


TVT 2.0 LLC
881 Baxter Dr. Ste. 100
South Jordan, UT 84095

TW Office Suites, LLC
8350 Ashlane Way Ste 104
Spring, TX 77382-2341

Union Funding Source
844 Nostrand Ave
Brooklyn, NY 11225-1508

Vatesh, LLC
7220 Bob Bullock Loop Ste 4a
Laredo, TX 78041-2111

Mirtha Villalba
155-100 Bayview Ave
Rosedale, NY 11422-3118

Olga Villarreal
15307 Fragrant Pine Ln
Houston, TX 77049-1824

Wali Law, PLLC
Att: Ahson Wali
13705A State Highway 249
Houston, TX 77086-2705

Wells Fargo Bank NA
Attn: Overdraft Collections and Recovery
Po Box 5058
Portland, OR 97208-5058

Wells Fargo Bank NA (808)
Po Box 6995
Portland, OR 97228-6995

World Soccer Enterprise, LLC
325 N Saint Paul St Ste 3100
Dallas, TX 75201-3923