Fill in this information to identify the case:

Debtor name          Sports Pro Development, LLC

United States Bankruptcy Court for the:
               Southern District of Texas, Houston Division

Case number (if known):      20-32547

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* —————————————————

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* ————————————————

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/22/2020
        MM/ DD/ YYYY

X   /s/ Juan Carlos Padilla
    Signature of individual signing on behalf of debtor

    Juan Carlos Padilla
    Printed name

    Manager
    Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name       Sports Pro Development, LLC

United States Bankruptcy Court for the:

      Southern District of Texas, Houston Division

Case number (if known):       20-32547

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property      12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

**1.**   **Does the debtor have any cash or cash equivalents?**
     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2.**   **Cash on hand** | | | _____ |

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1   Prosperity Bank | Checking account | 7341 | $162.85 |

**4.**   **Other cash equivalents** *(Identify all)*
     **None**

**5.**   **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | $162.85 |

### Part 2:   Deposits and prepayments

**6.**   **Does the debtor have any deposits or prepayments?**
     ☑ No. Go to Part 3.
     ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7.**   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit
     **None**

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

---

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.   Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                          _____

---

### Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

**11.   Accounts Receivable**

| 11a. 90 days old or less: | $0.00 | - | $0.00 | = ...... → | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | $0.00 | - | $0.00 | = ...... → | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                          _____

---

### Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                                        % of ownership:

**None**

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Official Form 106A/B                          Schedule A/B: Property                          page **2**

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                            _____

---

**Part 5:**  Inventory, excluding agriculture assets

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                            _____

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.   Crops — either planted or harvested**

   None

**29.   Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   None

**30.   Farm machinery and equipment** (Other than titled motor vehicles)

   None

**31.   Farm and fishing supplies, chemicals, and feed**

   None

**32.   Other farming and fishing-related property not already listed in Part 6**

   None

**33.   Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                            _____

**34.   Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| None | | | |
| **40. Office fixtures** | | | |
| None | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Computer (non functioning)** | $0.00 | | $0.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| None | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

**None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                          _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 9:   Real Property**

---

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.            _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 10:   Intangibles and Intellectual Property**

---

Debtor  **Sports Pro Development, LLC**                                         Case number *(if known)*  _____ **20-32547**
_____
Name

**59. Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

   None

**61. Internet domain names and websites**

   None

**62. Licenses, franchises, and royalties**

   None

**63. Customer lists, mailing lists, or other compilations**

   None

**64. Other intangibles, or intellectual property**

   None

**65. Goodwill**

   None

**66. Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                                          _____

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:** All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|--------|--------------------------------|--------------------------|--------------|
| | Name | | |

|  | **Current value of debtor's interest** |
|--|--|

**71.** **Notes receivable**

Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **Claim Against Tinker Road Services, LLC, and Arturo Henriquez for Breach of Contract**           **(Unknown)**

Nature of Claim    **Breach of Contract**

Amount Requested    **(Unknown)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**           **$0.00**

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Sports Pro Development, LLC**
      Name

Case number *(if known)*    **20-32547**

## Part 12:   Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $162.85 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** **Real property.** *Copy line 56, Part 9.* → | | |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $162.85 | **+** 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................. | | $162.85 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Sports Pro Development, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number (if known):</td><td>20-32547</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's name**
Fox Capital Group, LLC

**Creditor's mailing address**
17610 Bentley Dr
Morgan Hill, CA 95037

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $65,000.00

Column B: unknown

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,085,000.00

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $450,000.00      unknown |
| GB Squared, LLC | **Describe the lien** | |

**Creditor's mailing address**

615 Blaze Blvd

Edinburg, TX 78539-7062

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**  2018-08-04

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.3**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $365,000.00      unknown |
| Green Capital Funding, LLC | **Describe the lien** | |

**Creditor's mailing address**

53 Mason St

Greenwich, CT 06830-5434

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral that supports this claim** |
| Do not deduct the value of collateral. | |

---

**2.4**

**Creditor's name**

Kalamata Capital Group

**Creditor's mailing address**

80 Broad St Ste 1210

New York, NY 10004-2800

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$35,000.00  | unknown

---

**2.5**

**Creditor's name**

Right Start Entertainment, LLC

**Creditor's mailing address**

8245 Boone Blvd Ste 600

Vienna, VA 22182-3847

**Creditor's email address, if known**

Date debt was incurred     09/05/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Contractual

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,000.00  | unknown

---

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**2.6**

**Creditor's name**
TVT 2.0 LLC

**Creditor's mailing address**
881 Baxter Dr. Ste. 100
South Jordan, UT 84095

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$40,000.00          unknown

**2.7**

**Creditor's name**
Union Funding Source

**Creditor's mailing address**
844 Nostrand Ave
Brooklyn, NY 11225-1508

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Contractual

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$55,000.00          unknown

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila, PLLC<br>Attn: Steven Berkovitch, Esq.<br>80 Broad St Ste 3301<br>New York, NY 10004-2209 | Line 2.4 | ___ ___ ___ ___ |
| Supreme Recovery Services, LLC<br>2946 S Rainbow Dr Ste 102<br>Decatur, GA 30034 | Line 2.4 | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Sports Pro Development, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (if known): | 20-32547 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Alejandro Galvez Hernandez

Rio de la Plata #116

Colonia del Valle, San Pedro

Nuevo Leon Mexico, 66220,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

Is the claim subject to offset?
☑ No
☐ Yes

**$45,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address

Alfaro, Abiel

770 S Post Oak Ln Ste 600

Houston, TX 77056-1965

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contractual__

Is the claim subject to offset?
☑ No
☐ Yes

**$66,429.79**

---

**3.3** | Nonpriority creditor's name and mailing address

Antonoff, Jack

600 Wilcrest Dr Apt 15

Houston, TX 77042-1041

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

Is the claim subject to offset?
☑ No
☐ Yes

**$90,000.00**

---

**3.4** | Nonpriority creditor's name and mailing address

Arizmendi, Reynaldo

9910 Monroe Dr

Dallas, TX 75220-1402

Date or dates debt was incurred __11/15/2019__

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contract__

Is the claim subject to offset?
☑ No
☐ Yes

**$350,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address

Barrios, Ernesto

2203 Timberloach Pl Ste. 218A

Spring, TX 77380

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $500,000.00
| **Bassetti Jr, James** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 1548** | ☐ Unliquidated |
| **Edinburg, TX 78540-1548** | ☐ Disputed |
| | **Basis for the claim:**  Contractual |
| Date or dates debt was incurred      **01/04/2018** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $380,000.00
| **BlancAlps, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **433 North Loop W** | ☐ Unliquidated |
| **Houston, TX 77008-2029** | ☑ Disputed |
| | **Basis for the claim:**  Contractual |
| Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,800,000.00
| **Camarena, Eduardo** | *Check all that apply.* |
| | ☐ Contingent |
| **61 Carlton Woods Dr** | ☐ Unliquidated |
| **The Woodlands, TX 77382-2677** | ☐ Disputed |
| | **Basis for the claim:**  Contractual |
| Date or dates debt was incurred      **05/10/2019** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $18,015.00
| **Cambria Hotels, LLC** | *Check all that apply.* |
| | ☐ Contingent |
| **532 E. State Highway 1** | ☐ Unliquidated |
| **Nixa, MO 65714** | ☐ Disputed |
| | **Basis for the claim:**  Contractual |
| Date or dates debt was incurred      _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $57,500.00
| **Chavarria, Walter Salomon** | *Check all that apply.* |
| | ☐ Contingent |
| **13705a State Highway 249** | ☐ Unliquidated |
| **Houston, TX 77086-2705** | ☐ Disputed |
| | **Basis for the claim:**  Contractual |
| Date or dates debt was incurred      **05/25/2018** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
| | Name | | |

---

**Part 2:** Additional Page

---

**3.11** Nonpriority creditor's name and mailing address

Corvera, David

13705a State Highway 249

Houston, TX 77086-2705

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$75,000.00

---

**3.12** Nonpriority creditor's name and mailing address

Coto, Ivan

12622 Mardi Gras Dr

Houston, TX 77014-2487

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractral

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Diaz Ordaz, Guadalupe Paulina

282 Ed English Dr Bldg 6 Unit D

Shenandoah, TX 77385-8022

Date or dates debt was incurred     09/29/2019

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$500,000.00

---

**3.14** Nonpriority creditor's name and mailing address

Dipchan, Steve

14302 Cranbrook Creek Ln

Houston, TX 77044-6069

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Etcharren, Rene

2602 Randal Lake Ln

Spring, TX 77388-2744

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$425,000.00

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,125,000.00 |
|---|---|---|---|
| | Fox Assets Ventures LTD | ☐ Contingent | |
| | 282 Ed English Dr Bldg 6 Unit D | ☐ Unliquidated | |
| | Shenandoah, TX 77385-8022 | ☑ Disputed | |
| | | **Basis for the claim:** Contractual | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $505,000.00 |
|---|---|---|---|
| | Ganas Holdings LLC | ☐ Contingent | |
| | 1111 W Mockingbird Ln Ste 1500 | ☐ Unliquidated | |
| | Dallas, TX 75247-5070 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $600,000.00 |
|---|---|---|---|
| | Garcia, Eduardo | ☐ Contingent | |
| | 3811 Village Well Dr | ☐ Unliquidated | |
| | Humble, TX 77396-4081 | ☑ Disputed | |
| | | **Basis for the claim:** Contractual | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $400,000.00 |
|---|---|---|---|
| | Garza, Ricardo & Rebecca | ☐ Contingent | |
| | 715 Skyline Dr | ☐ Unliquidated | |
| | Duncanville, TX 75116-3923 | ☑ Disputed | |
| | | **Basis for the claim:** Contractual | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

| **3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $450,000.00 |
|---|---|---|---|
| | GB Squared, LLC | ☐ Contingent | |
| | 615 Blaze Blvd | ☐ Unliquidated | |
| | Edinburg, TX 78539-7062 | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes | |

---

| Debtor | **Sports Pro Development, LLC** | Case number (*if known*) | **20-32547** |
|--------|--------------------------------|--------------------------|--------------|
| | Name | | |

---

**Part 2:**   Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

Gillean, Danny

2171 Fm 740 S

Forney, TX 75126-5330

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

**3.22** Nonpriority creditor's name and mailing address

Grupo Integral Jetland SA de CV

Lago Alberto 320 Local A-03

Colonia Anahuac, Miguel Hidalgo

Ciudad de Mexico, Mexico 11320,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,000.00

---

**3.23** Nonpriority creditor's name and mailing address

Harfurch Karam, Jose Amado Armado

234 Ne 3rd St Apt 1607

Miami, FL 33132-2272

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$600,000.00

---

**3.24** Nonpriority creditor's name and mailing address

Lara, Ruben & Angela

1412 Stonehollow Dr Ste B

Kingwood, TX 77339-2493

Date or dates debt was incurred   10/27/2018

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$73,000.00

---

**3.25** Nonpriority creditor's name and mailing address

Laureano, Alberto

9800 Centre Pkwy Ste 700

Houston, TX 77036-8261

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$125,000.00

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.26** Nonpriority creditor's name and mailing address

Linares, Hilda N

13705 A SH 249

77086

Date or dates debt was incurred ____12/18/2018____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Spouse of Jose David Corvera - debt owed to both

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Contractual

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

Luna, Vidal

15315 Vandalia Way

Houston, TX 77053-2123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$50,000.00

---

**3.28** Nonpriority creditor's name and mailing address

Manuel Alamillo Falcon

Calzada de Tlalpan 1314

Colonia Miguel Hidalgo, Benito Juarez

Ciudad de Mexico, Mexico 14260,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$200,000.00

---

**3.29** Nonpriority creditor's name and mailing address

Medina, Guillermo

7931 Airway Rd

San Diego, CA 92154

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$450,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Mohamed, Amos

25650 Interstate 45 N Apt 1206

Spring, TX 77386-0927

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$60,000.00

---

| Debtor | **Sports Pro Development, LLC** | | Case number *(if known)* | **20-32547** |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.31** Nonpriority creditor's name and mailing address

Monroy, Oscar

662 Highway 95 S

Elgin, TX 78621-5622

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

**3.32** Nonpriority creditor's name and mailing address

N.L. Trucking, LLC

attn: M. Guzman, A. Guzman, or V. Guzman

15209 N Brentwood St

Channelview, TX 77530-3905

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contract

Is the claim subject to offset?
☑ No
☐ Yes

$300,000.00

---

**3.33** Nonpriority creditor's name and mailing address

Olvera, Juan

2713 County Line Rd Nw

Acworth, GA 30101-6921

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$900,000.00

---

**3.34** Nonpriority creditor's name and mailing address

Padilla, Carmen

8717 Forum Way Ste E

Fort Worth, TX 76140-5029

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$85,000.00

---

**3.35** Nonpriority creditor's name and mailing address

Ramirez, Carlos

910 Louisiana St Ste 550

Houston, TX 77002-4916

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150,000.00 |
|---|---|---|---|

Rendon, Ruben

8866 Gulf Fwy Ste 104

Houston, TX 77017-6528

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  contractual

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $265,000.00 |
|---|---|---|---|

Rivera, Mario

10746 Norchester Village Dr

Houston, TX 77070-3920

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contractual

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150,000.00 |
|---|---|---|---|

Roman Paiz Trueba

Joaquin Romo 68

Colonia Miguel Hidalgo, Benito Juarez

Ciudad de Mexico, Mexico 14260,

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   10/31/2019

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100,000.00 |
|---|---|---|---|

Romero, Jose

532 Sheldon Rd

Channelview, TX 77530-3548

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contractual

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800,000.00 |
|---|---|---|---|

Saenz, Fernando

1109 W Jonquil Ave

Mcallen, TX 78501-3822

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Contractual

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

**3.41** | Nonpriority creditor's name and mailing address
**Salazar, Cosme**

**11703 Oakshield Ln**

**Cypress, TX 77433-1603**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$350,000.00

---

**3.42** | Nonpriority creditor's name and mailing address
**Santos Laguna SA de CV**

**Calzada Territoria Santos Modelo #1**

**Colonia Conjunto de todos los santos**

**Torreon Coahuila Mexico 27014,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$75,000.00

---

**3.43** | Nonpriority creditor's name and mailing address
**Sinergia Deportiva SA de CV**

**Estadio Universitario Puerta #13**

**Col. Ciudad Universitaria, San Nicolas de los Garza**

**Nuevo Leon, Mexico 66455,**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$345,000.00

---

**3.44** | Nonpriority creditor's name and mailing address
**SM Monterrey Group, LLC**

**325 N Saint Paul St Ste 3100**

**Dallas, TX 75201-3923**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Same matter as World Soccer Enterprise, LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Breach of contract and contract-adjacent torts

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.45** | Nonpriority creditor's name and mailing address
**Smart Strategic Marketing, LLC**

**9595 Six Pines Dr Ste 8210**

**The Woodlands, TX 77380-1642**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,000.00

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
| | Name | | |

**Part 2:** Additional Page

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
| | **Stay Kalm, LLC** | ☐ Contingent | |
| | **14465 Webb Chapel Rd Ste 100** | ☐ Unliquidated | |
| | **Dallas, TX 75234-3682** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
| | **Tinker Road Services, LLC** | ☐ Contingent | |
| | **26111 Interstate 45 Ste 319** | ☐ Unliquidated | |
| | **Spring, TX 77380-1902** | ☑ Disputed | |
| | | Basis for the claim: Contractual | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,946.00 |
| | **Toros Stadium, LLC** | ☐ Contingent | |
| | **1616 S Raul Longoria Rd** | ☐ Unliquidated | |
| | **Edinburg, TX 78542-9169** | ☐ Disputed | |
| | | Basis for the claim: Money had and received | |
| | Date or dates debt was incurred 04/01/2019 | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800,000.00 |
| | **Vatesh, LLC** | ☐ Contingent | |
| | **7220 Bob Bullock Loop Ste 4a** | ☐ Unliquidated | |
| | **Laredo, TX 78041-2111** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
| | **View Monitor, LLC** | ☐ Contingent | |
| | **4747 Research Forest Dr Ste 180 No. 436** | ☐ Unliquidated | |
| | **Spring, TX 77381-4902** | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred 12/5/2017 | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| Debtor | **Sports Pro Development, LLC** | | Case number *(if known)* | **20-32547** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.51** Nonpriority creditor's name and mailing address

**Villalba, Mirtha**

**155-100 Bayview Ave**

**Rosedale, NY 11422-3118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$25,000.00

---

**3.52** Nonpriority creditor's name and mailing address

**Villarreal, Olga**

**15307 Fragrant Pine Ln**

**Houston, TX 77049-1824**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Contractual

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

**3.53** Nonpriority creditor's name and mailing address

**Wells Fargo Bank NA**

**Attn: Overdraft Collections and Recovery**

**Po Box 5058**

**Portland, OR 97208-5058**

Date or dates debt was incurred _____

Last 4 digits of account number  0   3   7   7

Remarks: Negative balance in checking account

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,151.00

---

**3.54** Nonpriority creditor's name and mailing address

**World Soccer Enterprise, LLC**

**325 N Saint Paul St Ste 3100**

**Dallas, TX 75201-3923**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: Same matter as SM Monterrey Group, LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Contract and contract-adjacent torts

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
|---|---|---|---|
| | Name | | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Tawil, Isaac<br>615 Blaze Blvd.<br>Edinburg, TX 78539 | Line **3.20**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | Luck, William<br>1412 Stonehollow Dr Ste B<br>Kingwood, TX 77339-2493 | Line **3.24**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | Crawford, Wishnew & Lang, PLLC<br>Attn: Mark "TJ" Jones<br>1700 Pacific Ave. Ste. 2390<br>Dallas, TX 75201 | Line **3.44**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | Crawford, Wishnew & Lang, PLLC<br>Attn: Mark "TJ" Jones<br>1700 Pacific Ave. Ste. 2390<br>Dallas, TX 75201 | Line **3.54**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | Stibbs & Co.<br>Attn: Adam R. Fracht<br>819 Crossbridge Dr.<br>Spring, TX 77373 | Line **3.47**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | Tinker Road Services, LLC<br>8505 Technology Forest Pl Ste 901<br>Spring, TX 77381-1186 | Line **3.47**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | Hole & Alvarez, LLP<br>Attn: Ronald G. Hole<br>PO Box 720547<br>Mcallen, TX 78504 | Line **3.48**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8 | Toros Stadium, LLC<br>Attn: Alonzo Cantu<br>5221 N Mccoll Rd<br>Mcallen, TX 78504-2202 | Line **3.48**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9 | Ryan & Dawson<br>Attn: Carl "Bo" Dawson<br>770 S Post Oak Ln Ste 600<br>Houston, TX 77056-1965 | Line **3.2**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10 | Atlas, Hall & Rodriguez, LLP | Line **3.6** |  |

| Debtor | **Sports Pro Development, LLC** | Case number *(if known)* | **20-32547** |
| --- | --- | --- | --- |
| | Name | | |

**Part 3:**   Additional Page

| 4.12 | Wali Law, PLLC | Line **3.10** | |
| | Att: Ahson Wali | ☐ Not listed. Explain _____ | — — — — |
| | 13705A State Highway 249 | _____ | |
| | Houston, TX 77086-2705 | | |
| 4.13 | Wali Law, PLLC | Line **3.26** | |
| | Att: Ahson Wali | ☐ Not listed. Explain _____ | — — — — |
| | 13705A State Highway 249 | _____ | |
| | Houston, TX 77086-2705 | | |
| 4.14 | Luis F. Hess, PLLC | Line **3.13** | |
| | 282 Ed English Dr Bldg 6-D | ☐ Not listed. Explain _____ | — — — — |
| | Shenandoah, TX 77385-8022 | _____ | |
| 4.15 | Renne Law, PLLC | Line **3.15** | |
| | Attn: Christine M. Renne | ☐ Not listed. Explain _____ | — — — — |
| | 808 W Dallas St | _____ | |
| | Conroe, TX 77301-2259 | | |
| 4.16 | Tawil, Isaac | Line **3.49** | |
| | 615 Blaze Blvd. | ☐ Not listed. Explain _____ | — — — — |
| | Edinburg, TX 78539 | _____ | |
| 4.17 | Sharpe Law Firm | Line **3.19** | |
| | Attn: Matthew Rittmayer | ☐ Not listed. Explain _____ | — — — — |
| | 6688 N Central Expy Ste 450 | _____ | |
| | Dallas, TX 75206-3975 | | |
| 4.18 | Wells Fargo Bank NA (808) | Line **3.53** | |
| | Po Box 6995 | ☐ Not listed. Explain _____ | 0  3  7  7 |
| | Portland, OR 97228-6995 | _____ | |
| 4.19 | Cortez Law Firm, PLLC | Line **3.17** | |
| | Attn: Carlos Cortez and Megna Wadhwani | ☐ Not listed. Explain _____ | — — — — |
| | 12801 N Central Expy Ste 360 | _____ | |
| | Dallas, TX 75243-1879 | | |
| 4.20 | Guzman, Martha | Line **3.32** | |
| | 1803 Adriana Ln | ☐ Not listed. Explain _____ | — — — — |
| | Houston, TX 77049-1668 | _____ | |

Debtor    **Sports Pro Development, LLC**                                                            Case number *(if known)*    __20-32547__
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $15,981,041.79 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $15,981,041.79 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Sports Pro Development, LLC |
| United States Bankruptcy Court for the: | Southern District of Texas, Houston Division |
| Case number (if known): | 20-32547   Chapter ___7___ |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** | |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Fill in this information to identify the case:

Debtor name        Sports Pro Development, LLC

United States Bankruptcy Court for the:

       Southern District of Texas, Houston Division

Case number (if known):     20-32547

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Padilla, Juan Carlos | 6 Desert Rose Pl<br>Street<br><br>Spring, TX 77382-5900<br>City            State      ZIP Code | GB Squared, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Lara, Ruben & Angela | ☐ D<br>☑ E/F<br>☐ G |
| | | SM Monterrey Group, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | World Soccer Enterprise, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Tinker Road Services, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Toros Stadium, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Alfaro, Abiel | ☐ D<br>☑ E/F<br>☐ G |
| | | Bassetti Jr, James | ☐ D<br>☑ E/F<br>☐ G |

Debtor      Sports Pro Development, LLC _____          Case number *(if known)* _____ 20-32547
                Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| | | Camarena, Eduardo | ☐ D ☑ E/F ☐ G |
| | | Chavarria, Walter Salomon | ☐ D ☑ E/F ☐ G |
| | | Linares, Hilda N | ☐ D ☑ E/F ☐ G |
| | | Diaz Ordaz, Guadalupe Paulina | ☐ D ☑ E/F ☐ G |
| | | Etcharren, Rene | ☐ D ☑ E/F ☐ G |
| | | Vatesh, LLC | ☐ D ☑ E/F ☐ G |
| | | Saenz, Fernando | ☐ D ☑ E/F ☐ G |
| | | BlancAlps, LLC | ☐ D ☑ E/F ☐ G |
| | | Monroy, Oscar | ☐ D ☑ E/F ☐ G |

Debtor ____Sports Pro Development, LLC_____     Case number *(if known)*_____20-32547_____
　　　　　Name

| **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| | | Gillean, Danny | ☐ D  ☑ E/F  ☐ G |
| | | Barrios, Ernesto | ☐ D  ☑ E/F  ☐ G |
| | | Olvera, Juan | ☐ D  ☑ E/F  ☐ G |
| | | Fox Assets Ventures LTD | ☐ D  ☑ E/F  ☐ G |
| | | Fox Capital Group, LLC | ☑ D  ☐ E/F  ☐ G |
| | | Green Capital Funding, LLC | ☑ D  ☐ E/F  ☐ G |
| | | Kalamata Capital Group | ☑ D  ☐ E/F  ☐ G |
| | | Smart Strategic Marketing, LLC | ☐ D  ☑ E/F  ☐ G |
| | | Union Funding Source | ☑ D  ☐ E/F  ☐ G |

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| | | Manuel Alamillo Falcon | ☐ D  ☑ E/F  ☐ G |
| | | View Monitor, LLC | ☐ D  ☑ E/F  ☐ G |
| 2.2  Pamanes, Karla | 6 Desert Rose Pl<br>Street<br><br>Spring, TX 77382-5900<br>City            State      ZIP Code | Tinker Road Services, LLC<br><br>Diaz Ordaz, Guadalupe Paulina | ☐ D  ☑ E/F  ☐ G<br>☐ D  ☑ E/F  ☐ G |
| 2.3  Soccer Builders Pro, LLC | 433 North Loop W<br>Street<br><br>Houston, TX 77008-2029<br>City            State      ZIP Code | TVT 2.0 LLC<br><br>Union Funding Source | ☑ D  ☐ E/F  ☐ G<br>☑ D  ☐ E/F  ☐ G |
| 2.4  Soccer Scouting<br>International, LLC | 4008 Gandara Bnd<br>Street<br><br>Austin, TX 78738-7151<br>City            State      ZIP Code | Kalamata Capital Group<br><br>TVT 2.0 LLC | ☑ D  ☐ E/F  ☐ G<br>☑ D  ☐ E/F  ☐ G |

Debtor    Sports Pro Development, LLC
_____    Case number *(if known)*    20-32547
          Name

█ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.5  SPD Entertainment, LLC | 433 North Loop W<br>Street<br><br>Houston, TX 77008-2029<br>City                          State        ZIP Code | TVT 2.0 LLC<br><br><br><br>Union Funding Source | ☑D<br>☐E/F<br>☐G<br>☑D<br>☐E/F<br>☐G |
| 2.6  TW Office Suites, LLC | 8350 Ashlane Way Ste 104<br>Street<br><br>Spring, TX 77382-2341<br>City                          State        ZIP Code | Kalamata Capital Group | ☑D<br>☐E/F<br>☐G |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Sports Pro Development, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Southern District of Texas, Houston Division</td></tr>
<tr><td>Case number (if known):</td><td>20-32547    Chapter ___7___</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*............................................................................................................

    | $0.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................................

    | $162.85 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................................

    | $162.85 |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $1,085,000.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................

    | $0.00 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

    + | $15,981,041.79 |

4. **Total liabilities**...................................................................................................................
    Lines 2 + 3a + 3b

    | $17,066,041.79 |

Fill in this information to identify the case:

Debtor name          Sports Pro Development, LLC

United States Bankruptcy Court for the:

       Southern District of Texas, Houston Division

Case number (if known):      20-32547

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2020 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $450,000.00 |
| **For the year before that:**   From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $5,540,176.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2020 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | Sports Pro Development, LLC | | Case number *(if known)* | 20-32547 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br><br>_____<br>City        State      ZIP Code | | _____ $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Padilla, Juan Carlos<br>Creditor's name<br><br>6 Desert Rose Pl<br>Street<br><br>Spring, TX 77382-5900<br>City        State      ZIP Code<br><br>**Relationship to debtor**<br>Manager of debtor and owner of a Member of the debtor. | 05/2019<br><br>06/2019<br><br>07/2019<br><br>08/2019 | $75,083.23 | Payments to Fox Capital Group, LLC, factoring company, personally guaranteed by Mr. Padilla. |
| 4.2. Padilla, Juan Carlos<br>Creditor's name<br><br>6 Desert Rose Pl<br>Street<br><br>Spring, TX 77382-5900<br>City        State      ZIP Code<br><br>**Relationship to debtor**<br>Manager of debtor and owner of a Member of the debtor. | 05/2019<br><br>06/2019<br><br>07/2019 | $42,534.60 | Payment to Kalamata Capital on factoring personally guaranteed by Mr. Padilla. |

Debtor    Sports Pro Development, LLC                                    Case number *(if known)* _____ 20-32547
          Name

4.3.  Padilla, Juan Carlos                    05/2019          $188,305.00    Payments to Green Capital for factoring, personally
      Creditor's name                                                         guaranteed by Mr. Padilla
       6 Desert Rose Pl                        06/2019
      Street
                                               07/2019

       Spring, TX 77382-5900                   08/2019
      City              State    ZIP Code

      **Relationship to debtor**               _____

       Manager of debtor and owner of a Member of the    _____
      debtor.

4.4.  Padilla, Juan Carlos                    05/2019          $109,514.47    Factoring payments to TVT Capital, personally
      Creditor's name                                                         guaranteed by Mr. Padilla.
       6 Desert Rose Pl                        06/2019
      Street
                                               07/2019

       Spring, TX 77382-5900                   _____
      City              State    ZIP Code

      **Relationship to debtor**               _____

       Manager of debtor and owner of a Member of the    _____
      debtor.

4.5.  Padilla, Juan Carlos                    05/2019           $27,316.74    Factoring payments to Union Funding, personally
      Creditor's name                                                         guaranteed by Mr. Padilla
       6 Desert Rose Pl                        06/2019
      Street
                                               07/2019

       Spring, TX 77382-5900                   _____
      City              State    ZIP Code

      **Relationship to debtor**               _____

       Manager of debtor and owner of a Member of the    _____
      debtor.

4.6.  Padilla, Juan Carlos                    06/2019           $40,400.00    Factoring payments to Supreme Recovery
      Creditor's name
       6 Desert Rose Pl                        07/2019
      Street
                                               08/2019

       Spring, TX 77382-5900                   _____
      City              State    ZIP Code

      **Relationship to debtor**               _____

       Manager of debtor and owner of a Member of the    _____
      debtor.

Debtor    Sports Pro Development, LLC                                                    Case number *(if known)*        20-32547
          Name

4.7.  Padilla, Juan Carlos                          5/15/2019              $4,000.00     Reimbursement of debtor expenses made on Mr.
      Creditor's name                                                                   Padilla's Wells Fargo Cash Wise Visa Platinum
       6 Desert Rose Pl                             7/1/2019                             (80%) other expenses (20%)
      Street

       Spring, TX 77382-5900
      City                  State      ZIP Code

      **Relationship to debtor**

       Manager of debtor and owner of a Member of the
      debtor.

4.8.  Padilla, Juan Carlos                          5/15/2019              $80.97        Payments on Reliant account for office i/n/o Mr.
      Creditor's name                                                                   Padilla
       6 Desert Rose Pl                             6/14/2019
      Street

       Spring, TX 77382-5900
      City                  State      ZIP Code

      **Relationship to debtor**

       Manager of debtor and owner of a Member of the
      debtor.

4.9.  Padilla, Juan Carlos                          5/31/2019              $29,707.22    Payment to American Express Payment card used
      Creditor's name                                                                   for debtor expenses (80%) and other expenses
       6 Desert Rose Pl                             6/17/2019                            (20%)
      Street
                                                    6/21/2019

       Spring, TX 77382-5900                        7/1/2019
      City                  State      ZIP Code

      **Relationship to debtor**

       Manager of debtor and owner of a Member of the
      debtor.

4.10. Padilla, Juan Carlos                          6/3/2019               $351.45       Payment on AT&T bill used for debtor business i/n/o
      Creditor's name                                                                   Mr. Padilla
       6 Desert Rose Pl                             7/2/2019
      Street

       Spring, TX 77382-5900
      City                  State      ZIP Code

      **Relationship to debtor**

       13431.06

Debtor      Sports Pro Development, LLC _____     Case number *(if known)* _____20-32547_____
                Name

| 4.11. | Padilla, Juan Carlos | 6/21/2019 | $2,000.00 | Payment on Capital One card used for debtor |
| | Creditor's name | | | expenses (80%) and other expenses (20%) |
| | 6 Desert Rose Pl | | | |
| | Street | | | |
| | | | | |
| | Spring, TX 77382-5900 | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Manager of debtor and owner of one of a Member | | | |
| | of debtor. | | | |

| 4.12. | Padilla, Juan Carlos | 6/21/2019 | $10,000.00 | Payment to View Monitor, LLC, on note personally |
| | Creditor's name | | | guaranteed by Mr. Padilla |
| | 6 Desert Rose Pl | | | |
| | Street | | | |
| | | | | |
| | Spring, TX 77382-5900 | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Manager of debtor | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | XXXX–__ __ __ __ | | |
| | | | |
| City          State    ZIP Code | | | |

**Part 3:** Legal Actions or Assignments

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Abiel Alfaro v. Sports Pro Development, LLC | Breach of Contract | 165th Judicial District Court<br>Name<br>201 Caroline St<br>Street<br><br>Houston, TX 77002-1901<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2020-02961 | | | |
| 7.2. | James v. Bassetti, Jr. v Sports Pro Development, LLC and Juan Carlos Padilla | Breach of Contract | 139th Judicial District Court<br>Name<br>100 N Closner Blvd Bldg 1<br>Street<br><br>Edinburg, TX 78539-3523<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>C-1012-20-C | | | |
| 7.3. | Eduardo Camrena v. Juan Carlos Padilla Azarcoya et al | Breach of Contract | 410th Judicial District Court<br>Name<br>301 N Main St<br>Street<br><br>Conroe, TX 77301-3154<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>19-09-12962 | | | |
| 7.4. | Walter Salomon Chavarria v. Sports Pro Development, LLC and Juan Carlos Padilla | Breach of Contract | 133rd Judicial District Court<br>Name<br>201 Caroline St<br>Street<br><br>Houston, TX 77002-1901<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2019-78681 | | | |
| 7.5. | Jose David Corvera et al v. Sports Pro Development, LLC et al | Breach of Contract | 215th Judicial District Court<br>Name<br>201 Caroline St<br>Street<br><br>Houston, TX 77002-1901<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2019-78535 | | | |

Debtor    Sports Pro Development, LLC
          Name                                                    Case number *(if known)*    20-32547

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | Guadalupe Paulina Diaz v. Sports Pro Development, LLC | Breach of Contract | 284th Judicial District Court<br>Name<br><br>301 N Main St<br>Street<br><br>Conroe, TX 77301-3154<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 19-03-03708 | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | Rene Etcharren v. Juan Carlos Padilla et al | Breach of Contract | 284th Judicial District Court<br>Name<br><br>301 N Main St<br>Street<br><br>Conroe, TX 77301-3154<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 19-09-12777 | | | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | Ganas Holdings, LLC v. Sports Pro Development et al | Breach of Contract | 410th Judicial District Court<br>Name<br><br>301 N Main St<br>Street<br><br>Conroe, TX 77301-3154<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 20-01-01396 | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | GB Squared, LLC, and Vatesh, LLC v. Juan Carlos Padilla, et al | DTPA, fraud, misrepresentation, negligence, conspiracy | 206th Judicial District Court<br>Name<br><br>100 N Closner Blvd Bldg 1<br>Street<br><br>Edinburg, TX 78539-3523<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | C-3429-19-D | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|-----------|----------------|-----------------------------------|----------------|
| | Ruben Lara and Angela Lara v. Sports Pro Development and Juan Carlos Padilla | Breach of Contract | Montgomery County Court at Law No. 2<br>Name<br><br>Po Box 959<br>Street<br><br>Conroe, TX 77305-0959<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 19-12-16899 | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|-----------|----------------|-----------------------------------|----------------|
| | SM Monterrey Group, LLC and World Soccer Enterprise, LLC v. Sports Pro Development, LLC | Breach of NDA, Tortious Interference, Fraud | 14th Judicial District Court<br>Name<br><br>600 Commerce St<br>Street<br><br>Dallas, TX 75202-4606<br>City                State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | DC-18-18848 | | | |

| Debtor | Sports Pro Development, LLC | | Case number *(if known)* | 20-32547 |
| | Name | | | |

| 7.12. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Tinker Road Services, LLC | | 410th Judicial District Court<br>Name | ☑ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | 301 N Main St<br>Street | ☐ Concluded |
| | 19-08-11206 | | Conroe, TX 77301-3154<br>City                     State     ZIP Code | |

| 7.13. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Toros Stadium, LLC v. Sports Pro<br>Development, LLC | Breach of Contract | 389th Judicial District Court<br>Name | ☑ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | 100 N Closner Blvd Bldg 1<br>Street | ☐ Concluded |
| | C-3717-19-H | | Edinburg, TX 78539-3523<br>City                     State     ZIP Code | |

| 7.14. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Blanc Alps, LLC v. Juan Carlos<br>Padilla Azarcoya and Sports Pro<br>Dvelopment, LLC | | 410th Judicial District Court<br>Name | ☑ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | 301 N Main St<br>Street | ☐ Concluded |
| | 20-04-04420 | | Conroe, TX 77301-3154<br>City                     State     ZIP Code | |

| 7.15. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Juan Carlos Padilla et al. v.<br>Arturo Henriquez et al | Breach of Contract | Montgomery County Court at Law No. 2<br>Name | ☑ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | Po Box 959<br>Street | ☐ Concluded |
| | 19-08-11316 | | Conroe, TX 77305-0959<br>City                     State     ZIP Code | |

| 7.16. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Kalamata Captial Group v Sports<br>Pro Development, LLC, et al | Breach of Contract | Ontario County Supreme Court, State of New<br>York<br>Name | ☐ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | 27 N Main St<br>Street | ☑ Concluded |
| | 124895-2019 | | Canandaigua, NY 14424-1447<br>City                     State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | Sports Pro Development, LLC | | Case number *(if known)* | 20-32547 |
|---|---|---|---|---|

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City          State    ZIP Code

**Date of order or assignment**

City          State    ZIP Code

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City          State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:   Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** | | | $0.00 |

---

**Part 6:   Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Sports Pro Development, LLC          Case number *(if known)*      20-32547
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Racusin & Associates | Attorney's Fee | 03/27/2020 | $4,000.00 |
| | **Address** | | | |
| | 4900 Woodway Dr Ste 510 Street | | | |
| | | | | |
| | Houston, TX 77056-1846 City      State    ZIP Code | | | |
| | **Email or website address** | | | |
| | mfl@racusinlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| Debtor | Sports Pro Development, LLC | | Case number *(if known)* | 20-32547 |
|--------|----------------------------|--|--------------------------|----------|
| | Name | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|

14.1.  _____

Street

_____

_____

City          State    ZIP Code

From  _____  To  _____

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City          State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.** Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Wells Fargo Bank NA (808) <br> Name <br> Po Box 6995 <br> Street <br> <br> Portland, OR 97228-6995 <br> City    State    ZIP Code | XXXX– ___ ___ ___ ___ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | 10/15/2019 | $0.00 |

**19.** Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| <br> Name <br> <br> Street <br> <br> City    State    ZIP Code | <br> <br> **Address** <br> | <br> <br> <br> <br> | ☐ No <br><br> ☐ Yes |

**20.** Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor      Sports Pro Development, LLC                                                    Case number *(if known)*        20-32547
                  Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|

☐ No

Name

☐ Yes

Street

**Address**

City                          State      ZIP Code

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|----------|-------------------------------------------------------------------|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|

Name

Street

City                          State      ZIP Code

---

| Part 12: | Details About Environmental Information |
|----------|------------------------------------------|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|

☐ Pending

**Case number**

Name

☐ On appeal

Street

☐ Concluded

City                          State      ZIP Code

---

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State    ZIP Code | _____ City        State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ City        State    ZIP Code | _____ City        State    ZIP Code | _____ | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____ Street | | **Dates business existed** |
| _____ City        State    ZIP Code | | From _____  To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|

Name

| Name and address | | | Dates of service | |
|---|---|---|---|---|

26a.1.

Name

Street

| City | State | ZIP Code |

From _____   To _____

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|

26b.1.

Name

Street

| City | State | ZIP Code |

From _____   To _____

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

Padilla, Juan Carlos
Name

6 Desert Rose Pl
Street

Spring, TX 77382-5900
City                                State                ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address | |
|---|---|

26d.1.

Name

Street

| City | State | ZIP Code |

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|--------|-----|-----|-----|
| | Name | | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|-----|-----|-----|
| | | |

| Name and address of the person who has possession of inventory records |
|-----|

27.1.

Name

Street

City                              State                    ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|-----|-----|-----|-----|
| Padilla, Juan Carlos | 6 Desert Rose Pl Spring, TX 77382-5900 | Manager, (derivative through Soccer Scouting International, LLC) | 0.00 % |
| Joaquin Beltra Vargas | Avenida San Bernabe 506 Casa 2 San Jeronimo Lidice. Distrito Fed, Mexico | Member, | 67.50 % |
| Tonatiuh Aguayo | 6700 Woodlands Pkwy Ste 230-234 Spring, TX 77382-2575 | Member, | 12.50 % |
| Soccer Scouting International, LLC | 6700 Woodlands Pkwy Ste 230-234 Spring, TX 77382-2575 | Member, | 20.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|-----|-----|-----|-----|
| | | . | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** Padilla, Juan Carlos<br>Name<br>6 Desert Rose Pl<br>Street<br><br>Spring, TX 77382-5900<br>City          State          ZIP Code | $7,500.00<br>$10,000.00<br>$10,000.00<br>$10,000.00 | 5/15/2019<br>5/31/2019<br>6/14/2019<br>7/26/2019 | Employment |

**Relationship to debtor**

Owner of a Member of the debtor

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2.** Soccer Builders Pro, LLC<br>Name<br>433 North Loop W<br>Street<br><br>Houston, TX 77008-2029<br>City          State          ZIP Code | $5,000.00<br>$30,000.00<br>$50,000.00<br>$75,000.00<br>$10,000.00<br>$80,000.00<br>$35,000.00<br>$19,000.00<br>$170,000.00 | 5/15/2019<br>5/20/2019<br>5/31/2019<br>5/31/2019<br>6/14/2019<br>6/21/2019<br>7/1/2019<br>7/26/2019<br>7/26/2019 | Loaned |

**Relationship to debtor**

Affiliate of debtor

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.3.** SPD Entertainment, LLC<br>Name<br>433 North Loop W<br>Street<br><br>Houston, TX 77008-2029<br>City          State          ZIP Code | $2,500.00<br>$80,000.00<br>$40,000.00 | 5/15/2019<br>6/14/2019<br>6/24/2019 | Loaned |

**Relationship to debtor**

Affiliate of debtor

Debtor    Sports Pro Development, LLC                                    Case number *(if known)*        20-32547
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Padilla, Juan Carlos<br>Name<br><br>6 Desert Rose Pl<br>Street<br><br><br>Spring, TX 77382-5900<br>City             State        ZIP Code | $3,000.00<br><br>$15,000.00<br><br>$500.00 | 5/31/2018<br><br>6/21/2019<br><br>7/1/2019 | Loaned |

| Relationship to debtor |
|---|
| Owner of a Member of the debtor |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:** Signature and Declaration

| Debtor | Sports Pro Development, LLC | Case number *(if known)* | 20-32547 |
|---|---|---|---|
| | Name | | |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 05/22/2020 _____
                MM/  DD/  YYYY

**X**   /s/ Juan Carlos Padilla
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor
        _____ Manager _____

Printed name _____ Juan Carlos Padilla _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**

Sports Pro Development, LLC                                    Case No. 20-32547

**Debtor(s)**                                                  Chapter                7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .    $4,000.00

        Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . .    $4,000.00

        Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $0.00

2.  The source of the compensation to be paid to me was:
    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☑ Debtor        ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Representation in Adversary Proceedings, Motions to Lift Stay, Avoid Dischargeability of Debt, or Avoid Discharge in Bankruptcy; disputes concerning Reaffirmation Agreements; negotiations to retain or purchase assets out of bankruptcy; other litigation or matters not brought to the attention of Counsel prior to the 341 Creditors' Meeting, which services may be contracted for separately based upon hourly rates.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/22/2020                                    /s/ Michael Lebold
_Date_                                        _Signature of Attorney_

                                   Michael Lebold
                             Bar Number: 24055830
                           Racusin & Associates
                     4900 Woodway Dr Ste 510
                            Houston, TX 77056-1846
                           Phone: (713) 626-1450

Racusin & Associates
_Name of law firm_