UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:                           § | |
| § | |
| SPORTS PRO DEVELOPMENT,    § | Case No. 20-32547 |
| LLC,                             § | Chapter 7 |
| Debtor.         § | |

### ORDER GRANTING MOTION TO DISMISS BASED UPON DEBTOR'S FRAUD
(ECF No. 82 and as related to ECF No. 81)

On the ____ day of _____, 2021 came on to be heard the Motion to Dismiss Based Upon Debtor's Fraud filed by Creditors, Rene Etcharren ("Etcharren"), and SM Monterrey, LLC and World Soccer Enterprises, LLC (referred to as "SMM"), on March 1, 2021 (ECF Document 82), which was filed in the alternative of ECF No. 81. After review of the Motion, evidence presented and the arguments of counsel, if any, this Court finds that good cause exists to GRANT the Motion because including but not limited to: a) Debtor played fast and loose in bad faith with its business records, b) Debtor failed to provide documentation sufficient to support its financial dealings, losses and representations made to this Court, c) Debtor intentionally misled creditors and filed false statements under initial bankruptcy filings, d) Debtor has engaged in improper discovery tactics and/or delay tactics, e) Debtor has made payments unaccounted for to creditors and negotiated oral settlements with all but two creditors, and f) Debtor is continuing to engage in the same business activities under other names. As a result, Debtor has not established the requisite good faith to entitle it to the protections of the Bankruptcy Code.

It is therefore ORDERED that:

1. The Motion is granted as set forth herein.

2. The Debtor's bad faith conduct renders the Bankruptcy Code protection unavailable to Debtor requiring dismissal of this action with prejudice.

3. All objections to the Motion not otherwise addressed by this Order are denied.

Signed this ____ day of _____, 2021.

_____
United States Bankruptcy Judge
Eduardo V. Rodriquez