

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | ENTERED |
| | § | 03/24/2021 |
| SPORTS PRO DEVELOPMENT, LLC, | § § | Case No. 20-32547 |
| Debtor. | § § | Chapter 7 |

### ORDER GRANTING MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER JURISDICTION (ECF No. 81)

The Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Creditors, Rene Etcharren ("Etcharren"), and SM Monterrey, LLC and World Soccer Enterprises, LLC (referred to as "SMM"), on March 1, 2021 (ECF Document 81). After review of the pleading and no response filed by Debtor this Court finds that good cause exists to GRANT the Motion. The Court finds that there is good cause because the Written Consent was not executed by Debtor's members nor was the filing of bankruptcy authorized by the Debtor's members. As a result of the fraudulently filed Written Consent submitted to this Court by Debtor's Representative and the filing of this bankruptcy action not being authorized, this Court lacks subject matter jurisdiction over this case.

It is therefore ORDERED that:

1. The Motion is granted as set forth herein.

2. This Court lacks subject matter jurisdiction because Debtor's Representative fraudulently submitted the Written Consent to this Court and Debtor's members did not authorize the filing of this action.

3. All objections to the Motion not otherwise addressed by this Order are denied.

Signed: March 24, 2021

Eduardo V. Rodriguez
United States Bankruptcy Judge