UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | ENTERED |
| SPORTS PRO DEVELOPMENT, LLC, | § § | 03/24/2021 |
| | § | Case No. 20-32547 |
| Debtor. | § | Chapter 7 |
| | § | |

ORDER GRANTING MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION (ECF No. 81)

The Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Creditors, Rene Etcharren ("Etcharren"), and SM Monterrey, LLC and World Soccer Enterprises, LLC (referred to as "SMM"), on March 1, 2021 (ECF Document 81). After review of the pleading and no response filed by Debtor this Court finds that good cause exists to GRANT the Motion. The Court finds that there is good cause because the Written Consent was not executed by Debtor's members nor was the filing of bankruptcy authorized by the Debtor's members. As a result of the fraudulently filed Written Consent submitted to this Court by Debtor's Representative and the filing of this bankruptcy action not being authorized, this Court lacks subject matter jurisdiction over this case.

It is therefore ORDERED that:

1. The Motion is granted as set forth herein.

2. This Court lacks subject matter jurisdiction because Debtor's Representative fraudulently submitted the Written Consent to this Court and Debtor's members did not authorize the filing of this action.

3. All objections to the Motion not otherwise addressed by this Order are denied.

Signed: March 24, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

In re:                                                                                             Case No. 20-32547-evr

Sports Pro Development, LLC                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                                        User: jchavez                                           Page 1 of 4

Date Rcvd: Mar 24, 2021                            Form ID: pdf001                               Total Noticed: 95

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sports Pro Development, LLC, 6700 Woodlands Pkwy # 230-234, Juan Carlos Padilla, The Woodlands, TX 77382-2575 |
| cr | + | Blanc Alps, LLC, 433 North Loop W, Houston, TX 77008, UNITED STATES 77008-2029 |
| cr | + | Jambrina CPA, 433 N Loop West, Houston, tx 77008, UNITED STATES 77008-2029 |
| cr | + | James V. Bassetti, Jr, c/o Atlas, Hall & Rodriguez,LLP, PO Box 3725, 818 Pecan Blvd., McAllen, TX 78501-2418 |
| cr | + | Rene Etcharren, c/o Renne Law, 808 W. Dallas Street, Suite F, Conroe, TX 77301-2259 |
| cr | + | SM Monterrey Group, LLC, Renne Law, PLLC, 808 W. Dallas Street, Suite F, Conroe,, TX 77301-2259 |
| cr | | Santos Laguna, S.A. de C.V., Club Santos LAguna,, Santos LAguna, S.C., Territorio Santos Modelo, Calsada Territorio Santo Moedelo #1, Torreon, Co 27250 MEXICO |
| cr | + | World Soccer Enterprises LLC, Renne Law, PLLC, 808 W. Dallas St., Suite F, Conroe, TX 77301, UNITED STATES 77301-2259 |
| 10991473 | | Abiel Alfaro, 770 S Post Oak Ln Ste 600, Houston, TX 77056-1965 |
| 10991474 | | Alberto Laureano, 9800 Centre Pkwy Ste 700, Houston, TX 77036-8261 |
| 10991475 | | Alejandro Galvez Hernandez, Rio de la Plata #116, Colonia del Valle, San Pedro, Nuevo Leon Mexico, 66220 |
| 10991476 | | Amos Mohamed, 25650 Interstate 45 N Apt 1206, Spring, TX 77386-0927 |
| 10991477 | + | Atlas, Hall & Rodriguez, LLP, Attn: Daniel G. Gurwitz, PO Drawer 3725, Mcallen, TX 78502-3725 |
| 10991478 | | BlancAlps, LLC, 433 North Loop W, Houston, TX 77008-2029 |
| 10991479 | | Cambria Hotels, LLC, 532 E. State Highway 1, Nixa, MO 65714 |
| 10991480 | | Carlos Ramirez, 910 Louisiana St Ste 550, Houston, TX 77002-4916 |
| 10991481 | | Carmen Padilla, 8717 Forum Way Ste E, Fort Worth, TX 76140-5029 |
| 10991482 | | Cortez Law Firm, PLLC, Attn: Carlos Cortez and Megna Wadhwani, 12801 N Central Expy Ste 360, Dallas, TX 75243-1879 |
| 10991483 | | Cosme Salazar, 11703 Oakshield Ln, Cypress, TX 77433-1603 |
| 10991484 | + | Crawford, Wishnew & Lang, PLLC, Attn: Mark 'TJ' Jones, 1700 Pacific Ave. Ste. 2390, Dallas, TX 75201-7371 |
| 10991485 | | Danny Gillean, 2171 Fm 740 S, Forney, TX 75126-5330 |
| 10991486 | | David Corvera, 13705a State Highway 249, Houston, TX 77086-2705 |
| 10991487 | | Eduardo Camarena, 61 Carlton Woods Dr, The Woodlands, TX 77382-2677 |
| 10991488 | | Eduardo Garcia, 3811 Village Well Dr, Humble, TX 77396-4081 |
| 10991489 | + | Ernesto Barrios, 2203 Timberloach Pl Ste. 218A, Spring, TX 77380-1105 |
| 10991490 | | Fernando Saenz, 1109 W Jonquil Ave, Mcallen, TX 78501-3822 |
| 10991491 | | Fox Assets Ventures LTD, 282 Ed English Dr Bldg 6 Unit D, Shenandoah, TX 77385-8022 |
| 10991492 | | Fox Capital Group, LLC, 17610 Bentley Dr, Morgan Hill, CA 95037 |
| 10991493 | #+ | Francisco Ramirez and Associates, PC, Attn: Francisco Ramirez, Three Riverway Ste 555, Houston, TX 77056-1984 |
| 10991495 | | GB Squared, LLC, 615 Blaze Blvd, Edinburg, TX 78539-7062 |
| 10991494 | | Ganas Holdings LLC, 1111 W Mockingbird Ln Ste 1500, Dallas, TX 75247-5070 |
| 11594794 | + | Ganas Holdings, LLC, 1111 W. Mockingbird, Suite 1500, Dallas, TX 75247-5070 |
| 10991496 | | Green Capital Funding, LLC, 116 Nassau St Rm 804, New York, NY 10038-2481 |
| 10991497 | | Grupo Integral Jetland SA de CV, Lago Alberto 320 Local A-03, Colonia Anahuac, Miguel Hidalgo, Ciudad de Mexico, Mexico 11320 |
| 10991498 | | Guadalupe Paulina Diaz Ordaz, 282 Ed English Dr Bldg 6 Unit D, Shenandoah, TX 77385-8022 |
| 10991499 | + | Guillermo Medina, 7931 Airway Rd, San Diego, CA 92154-8310 |
| 10991500 | | Hilda N Linares, 13705 A SH 249, 77086 |
| 10991501 | + | Hole & Alvarez, LLP, Attn: Ronald G. Hole, PO Box 720547, Mcallen, TX 78504-0547 |
| 11695177 | | Hyatt Corporation, Hotel Investments, LLC, Angel Cobery, Director of Finance, 660 E. Market Street, San Antonio, TX 78205 |
| 10991502 | + | Isaac Tawil, 615 Blaze Blvd., Edinburg, TX 78539-7062 |
| 10991503 | | Ivan Coto, 12622 Mardi Gras Dr, Houston, TX 77014-2487 |
| 10991504 | | Jack Antonoff, 600 Wilcrest Dr Apt 15, Houston, TX 77042-1041 |
| 10991505 | | James Bassetti, Jr, Po Box 1548, Edinburg, TX 78540-1548 |
| 11696782 | + | James V. Bassetti, Jr., c/o Atlas, Hall & Rodriguez, LLP, Attn: Vicki M Skaggs, PO Box 3725, McAllen, TX 78502-3725 |
| 10991506 | | Jose Amado Armado Harfurch Karam, 234 Ne 3rd St Apt 1607, Miami, FL 33132-2272 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 2 of 4 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf001 | Total Noticed: 95 |

| Recip ID | | Name and Address |
|---|---|---|
| 10991507 | | Jose Romero, 532 Sheldon Rd, Channelview, TX 77530-3548 |
| 10991508 | | Juan Carlos Padilla, 6 Desert Rose Pl, Spring, TX 77382-5900 |
| 10991509 | | Juan Olvera, 2713 County Line Rd Nw, Acworth, GA 30101-6921 |
| 10991510 | | Kalamata Capital Group, 80 Broad St Ste 1210, New York, NY 10004-2800 |
| 10991511 | | Karla Pamanes, 6 Desert Rose Pl, Spring, TX 77382-5900 |
| 11679386 | + | Lesly A. Rivera, 14302 Cranbrook Creek Lane, Houston, TX 77044-6069 |
| 10991512 | | Luis F. Hess, PLLC, 282 Ed English Dr Bldg 6-D, Shenandoah, TX 77385-8022 |
| 10991513 | | Manuel Alamillo Falcon, Calzada de Tlalpan 1314, Colonia Miguel Hidalgo, Benito Juarez, Ciudad de Mexico, Mexico 14260 |
| 10991514 | | Mario Rivera, 10746 Norchester Village Dr, Houston, TX 77070-3920 |
| 10991515 | | Martha Guzman, 1803 Adriana Ln, Houston, TX 77049-1668 |
| 10991516 | | Mirtha Villalba, 155-100 Bayview Ave, Rosedale, NY 11422-3118 |
| 10991517 | | N.L. Trucking, LLC, attn: M. Guzman, A. Guzman, or V. Guzman, 15209 N Brentwood St, Channelview, TX 77530-3905 |
| 10991518 | | Olga Villarreal, 15307 Fragrant Pine Ln, Houston, TX 77049-1824 |
| 10991519 | | Oscar Monroy, 662 Highway 95 S, Elgin, TX 78621-5622 |
| 10991520 | | Rene Etcharren, 2602 Randal Lake Ln, Spring, TX 77388-2744 |
| 10991521 | | Renne Law, PLLC, Attn: Christine M. Renne, 808 W Dallas St, Conroe, TX 77301-2259 |
| 10991522 | | Reynaldo Arizmendi, 9910 Monroe Dr, Dallas, TX 75220-1402 |
| 10991523 | | Ricardo & Rebecca Garza, 715 Skyline Dr, Duncanville, TX 75116-3923 |
| 10991524 | | Right Start Entertainment, LLC, 8245 Boone Blvd Ste 600, Vienna, VA 22182-3847 |
| 10991525 | | Roman Paiz Trueba, Joaquin Romo 68, Colonia Miguel Hidalgo, Benito Juarez, Ciudad de Mexico, Mexico 14260 |
| 10991526 | | Ruben & Angela Lara, 1412 Stonehollow Dr Ste B, Kingwood, TX 77339-2493 |
| 11665375 | + | Ruben Lara and Angela Lara, 10110 Forum Park Dr., #258, Houston, Texas 77036-8114 |
| 10991527 | | Ruben Rendon, 8866 Gulf Fwy Ste 104, Houston, TX 77017-6528 |
| 10991528 | | Ryan & Dawson, Attn: Carl 'Bo' Dawson, 770 S Post Oak Ln Ste 600, Houston, TX 77056-1965 |
| 10991532 | | SM Monterrey Group, LLC, 325 N Saint Paul St Ste 3100, Dallas, TX 75201-3923 |
| 10991536 | | SPD Entertainment, LLC, 433 North Loop W, Houston, TX 77008-2029 |
| 10991529 | | Santos Laguna SA de CV, Calzada Territoria Santos Modelo #1, Colonia Conjunto de todos los santos, Torreon Coahuila Mexico 27014 |
| 10991530 | | Sharpe Law Firm, Attn: Matthew Rittmayer, 6688 N Central Expy Ste 450, Dallas, TX 75206-3975 |
| 10991531 | | Sinergia Deportiva SA de CV, Estadio Universitario Puerta #13, Col. Ciudad Universitaria, San Nicolas d, Nuevo Leon, Mexico 66455 |
| 10991533 | | Smart Strategic Marketing, LLC, 9595 Six Pines Dr Ste 8210, The Woodlands, TX 77380-1642 |
| 10991534 | | Soccer Builders Pro, LLC, 433 North Loop W, Houston, TX 77008-2029 |
| 10991535 | | Soccer Scouting International, LLC, 4008 Gandara Bnd, Austin, TX 78738-7151 |
| 10991537 | | Steve Dipchan, 14302 Cranbrook Creek Ln, Houston, TX 77044-6069 |
| 10991538 | + | Stibbs & Co., Attn: Adam R. Fracht, 819 Crossbridge Dr., Spring, TX 77373-3501 |
| 10991543 | + | TVT 2.0 LLC, 881 Baxter Dr. Ste. 100, South Jordan, UT 84095-8506 |
| 10991544 | | TW Office Suites, LLC, 8350 Ashlane Way Ste 104, Spring, TX 77382-2341 |
| 10991539 | | Tinker Road Services, LLC, 26111 Interstate 45 Ste 319, Spring, TX 77380-1902 |
| 11697087 | + | Tinker Road Services, LLC, 26022 Budde Road, Suite A205, The Woodlands, Texas 77380-3896 |
| 10991540 | | Tinker Road Services, LLC, 8505 Technology Forest Pl Ste 901, Spring, TX 77381-1186 |
| 10991542 | | Toros Stadium, LLC, Attn: Alonzo Cantu, 5221 N Mccoll Rd, Mcallen, TX 78504-2202 |
| 10991541 | | Toros Stadium, LLC, 1616 S Raul Longoria Rd, Edinburg, TX 78542-9169 |
| 10991545 | | Union Funding Source, 844 Nostrand Ave, Brooklyn, NY 11225-1508 |
| 10991546 | | Vatesh, LLC, 7220 Bob Bullock Loop Ste 4a, Laredo, TX 78041-2111 |
| 10991547 | | Vidal Luna, 15315 Vandalia Way, Houston, TX 77053-2123 |
| 10991548 | | Wali Law, PLLC, Att: Ahson Wali, 13705A State Highway 249, Houston, TX 77086-2705 |
| 10991549 | | Walter Salomon Chavarria, 13705a State Highway 249, Houston, TX 77086-2705 |
| 10991550 | | Wells Fargo Bank NA, Attn: Overdraft Collections and Recovery, Po Box 5058, Portland, OR 97208-5058 |
| 10991551 | | Wells Fargo Bank NA (808), Po Box 6995, Portland, OR 97228-6995 |
| 10991552 | | William Luck, 1412 Stonehollow Dr Ste B, Kingwood, TX 77339-2493 |
| 10991553 | | World Soccer Enterprise, LLC, 325 N Saint Paul St Ste 3100, Dallas, TX 75201-3923 |

TOTAL: 95

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Eduardo Camarena |
| cr | | Ganas Holdings, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 3 of 4 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf001 | Total Noticed: 95 |

| | |
|---|---|
| cr | Hilda Linares |
| cr | Joaquin Beltran Vargas |
| cr | Jose Corvera |
| res | Juan Carlos Padilla |
| cr | Tonatiuh Aguayo Vazquez |
| cr | Walter Salomon Chavarria |
| 11697344 | Joaquin Beltran |
| 11697345 | Joaquin Beltran |
| 11697346 | Tonatiuh Aguayo Vasquez |

TOTAL: 11 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ahson B Wali | on behalf of Creditor Walter Salomon Chavarria aw@walilaw.com |
| Ahson B Wali | on behalf of Creditor Hilda Linares aw@walilaw.com |
| Ahson B Wali | on behalf of Creditor Jose Corvera aw@walilaw.com |
| Alan Ray San Miguel | on behalf of Creditor Blanc Alps  LLC alan@sanmiguel.law, service@sanmiguel.law |
| Christine Michele Renne | on behalf of Creditor Rene Etcharren crenne@crennelaw.com |
| Christine Michele Renne | on behalf of Creditor World Soccer Enterprises LLC crenne@crennelaw.com |
| Christine Michele Renne | on behalf of Creditor SM Monterrey Group  LLC crenne@crennelaw.com |
| Francisco Javier Ramirez | on behalf of Creditor Eduardo Camarena lawyers@francisco-ramirez.com  francisco-ramirez@comcast.net |
| John Vincent Burger | on behalf of Creditor Santos Laguna  S.A. de C.V. bankruptcy@burgerlawfirm.com, i-got-notices.dwb@swbell.net;burgerlawfirm@aol.com;johnburger@burgerlawfirm.com;burgerlawfirmhouston@gmail.com |
| Michael Franz Lebold | on behalf of Debtor Sports Pro Development  LLC mfl@racusinlaw.com |
| Michael P Ridulfo | on behalf of Creditor Tonatiuh Aguayo Vazquez mridulfo@krcl.com  rcoles@krcl.com |
| Michael P Ridulfo | on behalf of Creditor Joaquin Beltran Vargas mridulfo@krcl.com  rcoles@krcl.com |
| Phillip Ransom Livingston | on behalf of Respondent Juan Carlos Padilla prlivingston@sbcglobal.net |

| | | |
|---|---|---|
| District/off: 0541-4 | User: jchavez | Page 4 of 4 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf001 | Total Noticed: 95 |

Randy W Williams
    rww@bymanlaw.com  rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com

Richard Justin White
    on behalf of Creditor Jambrina CPA rjwhite@bwchlaw.com

Seymour Roberts, Jr.
    on behalf of Creditor Ganas Holdings  LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com

US Trustee
    USTPRegion07.HU.ECF@USDOJ.GOV

Vicki M Skaggs
    on behalf of Creditor James V. Bassetti  Jr vmscourt@atlashall.com, crtnot@atlashall.com;jcummings@atlashall.com

TOTAL: 18